UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:
BETSY WARREN LEBBOS,
        Debtor,

BETSEY WARREN LEBBOX,
        Appellant,
                          NO. 2:08-cv-0440 FCD

   v.                     USBC CASE No. 06-22225-D-7
                          USBC ADV CASE No. 07-2006-D
                          USBC ADV CASE DCN: MPD-1
LINDA SCHUETTE,
        Appellee.       <u>REFERRAL ORDER</u>

----oo0oo----

    Pursuant to Eastern District Local Rule 72-302(a), the undersigned hereby specifically refers the instant case to a magistrate judge, for the limited purpose of review and approval/disapproval of the IFP application filed on March 17, 2008.

    IT IS SO ORDERED.

DATED: March 27, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE