UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

BETSEY WARREN LEBBOS,

        Debtor.

NO. CIV. S 08-0440 FCD
Bankruptcy Adversary Case No. 07-2006

_____/   ORDER

BETSEY WARREN LEBBOS,

        Appellant,

   v.

LINDA S. SCHUETTE, Trustee;
UNITED STATES TRUSTEE,

        Appellees.
_____/

----oo0oo----

    This matter is before the court on Appellant Betsey Warren Lebbos' Application for a Stay of the Bankruptcy Proceedings Pending Determination of Appeal. The court heard oral argument on the Application on April 7, 2008. After reviewing the submissions of the parties and hearing the arguments of counsel,

1 and for the reasons set forth by the court on the record at the
2 April 7, 2008 hearing, the court finds that the bankruptcy court
3 did not abuse its discretion in denying Appellant's Application.
4 See Matter of Universal Life Church, Inc., 191 B.R. 433, 444
5 (E.D. Cal. 1995) ("Denial of a motion to stay enforcement of an
6 order pending appeal is reviewed for abuse of discretion."); see
7 also In re Wymer, 5 B.R. 802, 807 (9th Cir. BAP 1980).
8 Therefore, Appellant Betsey Warren Lebbos' Application for a Stay
9 is DENIED.
10      IT IS SO ORDERED.
11 DATED: April 7, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE