UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:
BETSY WARREN LEBBOS,  No. 2:08-cv-0440 FCD
        Debtor,
         USBC CASE No. 06-22225-D-7
         USBC ADV CASE No. 07-2006-D
         USBC ADV CASE DCN: MPD-1
BETSEY WARREN LEBBOS,
        Appellant,

    v.  <u>ORDER OF NON-RELATED CASES</u>

LINDA SCHUETTE,
        Appellee.
_____/
In re:
BETSY WARREN LEBBOS,
        Debtor,  No. 2:08-cv-0680 MCE

BETSEY WARREN LEBBOS,
        Appellant,

    v.

LINDA SCHUETTE,
        Appellee.
_____/

      The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a).  Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies.  Both actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact

1  are different, the questions of law are not novel, it is not clear that the same result should
2  follow in both actions, and assignment to different judges would not entail substantial
3  duplication of labor.
4      IT IS SO ORDERED.
5  DATED: April 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE